| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 9/13 |
| UNITED STATES OF AMERICA<br><br>-v-<br><br>THE ESTATE OF BEN H. NOVACK, JR.,<br><br>Defendants. | 10-CV-5230 (KMK)<br><br>ORDER |

KENNETH M. KARAS, District Judge:

This is a civil forfeiture proceeding related to the criminal case of *United States v. Narcisa Novack, et al.*, which has the lead docket number 10-cr-602. Forfeiture issues have been discussed in the context of the criminal case, but this civil docket has not had any activity since July 13, 2011. (*See* Dkt. No. 2.)

Accordingly, the Government is ordered to show cause, within seven days of the date of this Order, why this case should not be dismissed for failure to prosecute. If the Government does not respond within seven days, the case will be dismissed without prejudice. *See, e.g., Smalls v. Bank of N.Y.*, Nos. 05-CV-8474, 07-CV-8546, 2008 WL 1883998, at *4–5 (S.D.N.Y. Apr. 29, 2008) (dismissing case for failure to prosecute after the court received no communication from the plaintiffs for nearly two months).

SO ORDERED.

DATED: September 13, 2013
White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE