UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

              :

      Plaintiff,

              :

      - v. -

              :     NOTICE OF VOLUNTARY

THE ESTATE OF BEN H. NOVACK, JR.,     DISMISSAL
including but not limited to        :

                 10 Civ. 5230 (KMK)
The Batmobile, a custom-designed 1977 Lincoln,  :    ECF Case
VIN #7Y81A911224;

              :

All right, title and interest in real property located at
2757 NE 37th Dr, Fort Lauderdale, Florida 33308,  :
with all improvements, appurtenances, and
attachments thereon;            :

All right, title and interest in real property located at  :
2437 Delmar Pl, Fort Lauderdale, Florida 33301,
with all improvements, appurtenances, and     :
attachments thereon;

              :

All right, title and interest in real property located at
2501 Delmar Pl, Fort Lauderdale, Florida 33301,  :
with all improvements, appurtenances, and
attachments thereon;            :

Merrill Lynch Account # 54C-11307 in the name of  :
Ben H. Novack, Jr.;

              :

Merrill Lynch Account # 54C-11310 in the name of
the Estate of Bernice Novack;        :

Comerica Bank Account # 8053009646 in the name  :
of the Estate of Ben H. Novack, Jr.;

              :

Comerica Bank Account # 8053009778 in the name
of the Estate of Bernice Novack;      :

UBS Account # GO 27062 FL in the name of Ben  :
Novack, Jr., Beneficiary of Bernice S. Novack;

              :

Bank of America Account # 0036 6076 1760 in the

name of Novack Enterprises Inc., d/b/a Convention    :
Concepts Unlimited;

                                                   :

One 1957 Ford Thunderbird, VIN: D7FH390107;

                                                   :

One 1962 Ford two door coupe, VIN:
2Y89Z164852;                                        :

One 1974 Ford two door coupe, VIN: 4J87A132656;  :

One 1970 Jaguar XK E Series II, VIN: 1R14427;       :

One 1988 Jaguar XJ SC V 12, VIN:                    :
SAJNA3849JC143672;

                                                 :

One 1992 Jaguar XJ SC V 12, VIN:
SAJNW4846NC185553;                                  :

One 1995 Mercedes Benz S 320, VIN:                  :
WDBGA32E58A264400;

                                                 :

One 1996 Infinity I 30, VIN:
JNKCA21D5TT006899;                                  :

One 2004 Cadillac Escalade EXT AWD, VIN:            :
3GYEK62N64G149813;

                                                 :

One Honda Scooter, TAG Number: 45989J;

                                                 :

One vessel named "White Lightning," Hull ID #
CRM 22151 E889;                                     :

One 35' Barge with two-level wood deck, License #   :
FL0754KP; and

                                                 :

Various items of Batman memorabilia, including
figurines, comic books, and other collectibles      :
located at:  Best Florida Storage, Units 0A200 and
0A156, 2290 Northwest 19th Street, Fort             :
Lauderdale, Florida, 33311; 2437 Delmar Place, Fort
Lauderdale, Florida 33301; and 2501 Delmar Place,   :
Fort Lauderdale, Florida 33301, and

                                                 :

The proceeds of a life insurance policy for Ben H.

-2-

Novack, Jr. held by American General Life                    :
Companies, Policy # J1410517L,

                                                             :

and all property traceable thereto,

                                                             :

             Defendants in Rem.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

            Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff
United States of America, by and through United States Attorney Preet Bharara, hereby gives
notice that the above-captioned action is voluntarily dismissed without prejudice.

Dated:  White Plains, New York
         September 20, 2013

                                    Respectfully submitted,

                                    PREET BHARARA
                                    United States Attorney
                                    Southern District of New York

By:     /s
              JEFFREY ALBERTS
              Assistant U.S. Attorney
              300 Quarropas Street
              White Plains, New York 10601
              (914) 993-1965